IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

GEOSTELLAR, INC.,

    Debtor.

Bankruptcy Case No. 18-00045
Chapter 7

MARTIN P. SHEEHAN, TRUSTEE,

    Plaintiff,

v.

DAVID ANDREW LEVINE and
INDECO UNION,

    Defendants.

Adversary Proceeding No 19-00024

### NOTICE OF APPEARANCE

To:    Clerk, United States Bankruptcy Court for the Northern District of West Virginia

Kindly enter the appearance of George N. Stewart, Esquire and Zimmer Kunz, PLLC as attorneys for Defendant, David Andrew Levine, in the Adversary Proceeding No. 19-00024 <u>only</u>.

Respectfully submitted,

ZIMMER KUNZ, PLLC

Date: December 29, 2020

By:   /s/George N. Stewart
    George N. Stewart, Esquire
    W.V. I.D. No. 5628
    132 South Main Street; Suite 400
    Greensburg, PA 15601
    (724) 836-5400
    stewart@zklaw.com

    Attorneys for Defendant,
    David Andrew Levine in the Adversary
    Proceeding Only

01993046.DOCX 6275-0642

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that I served the Notice of Appearance in the above-captioned proceeding on the parties listed below on *December 29, 2020.*

In addition, I caused a copy of the above-captioned pleadings to be served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's Case Management/Electronic Case File CM/ECF System.

The type of service made on the parties is specified below.

**Electronic Mail:**

Debra A. Wertman, Esquire
Assistant United States Trustee
300 Virginia Street, East; Room 2025
Charleston, WV  25301

Martin P. Sheehan, Trustee
Sheehan & Associates, PLLC
41 – 15th Street
Wheeling, WV  26003

Patrick S. Cassidy, Esquire
Cassidy, Cogan, Shapell & Voegelin, L.C.
The First State Capitol
1413 Eoff Street
Wheeling, WV  26003

Timothy Francis Cogan, Esquire
Cassidy, Cogan, Shapell & Voegelin, L.C.
The First State Capitol
1413 Eoff Street
Wheeling, WV  26003

Cortland C. Putbrese, Esquire
Dunlap Bennett & Ludwig, PLLC
8003 Franklin Farms Drive; Suite 220
Richmond, VA  23229

Respectfully submitted,

By:  */s/George N. Stewart*
George N. Stewart, Esquire
W.V. I.D. No. 5628
132 South Main Street; Suite 400
Greensburg, PA  15601
(724) 836-5400
stewart@zklaw.com

Attorneys for Defendant,
David Andrew Levine in the Adversary Proceeding Only

01993046.DOCX 6275-0642