**UNITED STATES BANKRUPTCY COURT**

Northern District of West Virginia

---

| | |
|---|---|
| In Re:  Geostellar, Inc. | Case No.: 3:18–bk–00045 |
| Debtor | Chapter 7 |
| | |
| Martin P. Sheehan , | David A. Levine , |
| Plaintiff(s)           **v.** | Defendant(s) |
| Adv. Proc. No. 3:19–ap–00024 | Judge: Becker McKay Wyckoff Mignault |

---

**NOTICE OF FILING OF TRANSCRIPT
AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on June 22, 2022 was filed on July 7, 2022 . The following deadlines apply:

The parties have until July 28, 2022 to file with the Court a *Request for Redaction* of this transcript.

If a Request for Redaction is filed, the redacted transcript is due August 8, 2022.

If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is October 5, 2022 , unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber:
Huseby, Inc. Phone: 800–333–2082
or you may view the document at the clerk's office public terminal.


Date of Issuance: 7/7/22

>  Ryan W. Johnson
>  Clerk, U.S. Bankruptcy Court
>
>  By:
>  Sheree T. Burlas
>  Deputy Clerk
>  Post Office Box 70
>  Wheeling, WV 26003
>  304–233–1655